IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RUBEN ARCHIBEQUE,

    Plaintiff,

vs.                                                        CIV 12-0326 KG/KBM

JEFFREY YUKAWA, TEXTURA CORPORATION
and CHUBB GROUP OF INSURANCE COMPANIES,

    Defendants.

## ORDER

On March 13, 2014, the Court held an initial pretrial conference. Plaintiff's counsel, Lee Hunt, and Defendants' counsel, Gregory D. Steinman, were present at the conference. Having considered arguments and comments by counsel, and for the reasons articulated by the Court during the conference, the Court determines the following:

    1. the final pretrial conference is rescheduled for April 29, 2014 at 9:00 AM;

    2. the trial will remain scheduled for May 5, 2014;

    3. the parties must electronically file a consolidated exhibit list no later than April 15, 2014;

    4. for those exhibits on which a stipulation could not be reached, the offering party must electronically file a separate contested exhibit list no later than April 25, 2014;

    5. the parties must electronically file their witness list no later than April 15, 2014;

    6. objections to the use of deposition testimony must be filed no later than April 21, 2014 (***the parties must confer about any disputes and, if unable to resolve any differences, must notify the Court in writing by April 25, 2014***);

7.  motions in limine must be filed no later than April 10, 2014, and responses must be filed no later than April 21, 2014;

8.  *Daubert* motions must be filed no later than April 10, 2014;

9.  proposed jury instructions must be submitted no later than April 15, 2014 (***the parties must confer on the jury instructions***);

10. the parties must confer and submit an agreed statement of the case no later than April 15, 2014;

11. any party wishing to participate in *voir dire* must file proposed *voir dire* questions no later than April 28, 2014;

12. fifteen minutes will be allowed for *voir dire* questioning but additional time will be allowed if needed; and

13. the jury will consist of eight jurors. All eight will be used in deliberations, and the verdict must be unanimous.

14. ***counsel shall meet and confer whenever possible***.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE