IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN ARCHIBEQUE,

      Plaintiff,

v.                                       12 CV-00326 KG/KBM

JEFFREY YUKAWA, TEXTURA
CORPORATION, & CHUBB GROUP OF
INSURANCE COMPANIES,

      Defendants.

## STIPULATED ORDER OF DISMISSAL

**THIS MATTER**, having come before the Court on the Parties' Joint Motion to Dismiss, the Court having read the pleadings of counsel, and being otherwise advised in the premises, finds that the Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Complaint of the Plaintiff against the Defendants is hereby dismissed with prejudice, with each party to bear their own attorney's fees and costs.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

*/s/ Minal P. Unruh*
Gregory D. Steinman
Minal P. Unruh
Madison & Mroz, P.A.
Post Office Box 25467
Albuquerque, New Mexico 87125-5467
Telephone: (505) 242-2177
*Attorneys for Defendants*


APPROVED BY:


*Electronic Approval on June 2, 2014*
Lee R. Hunt, Esq.
Lee Hunt Law, LLC
1640 Old Pecos Trail, Suite D
Santa Fe, New Mexico  87505
Telephone: (505) 954-4868
Facsimile: (505) 819-0022
Email: lee@leehuntlaw.com
*Attorney for Plaintiff*